No. 604. McKAY, SECRETARY OF THE INTERIOR, ET AL. *v.* CLACKAMAS COUNTY, OREGON. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to the District Court with instructions to dismiss the proceeding upon the ground that the cause is moot. MR. JUSTICE BURTON and MR. JUSTICE HARLAN dissent. *Solicitor General Soboloff* for petitioners. *A. W. Lafferty* and *Richard L. Merrick* for respondent.

No. 605. WEST EDMOND HUNTON LIME UNIT *v.* YOUNG ET AL. Appeal from the Supreme Court of Oklahoma. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *T. Murray Robinson* and *Rufus S. Day, Jr.* for appellant. *John Barry* for appellees.